Submitted on record and petitioner's brief June 19, reversed June 27, 1978

DAROLD WILLIAMS, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 02-78-096, CA 10467)

579 P2d 1314

Gary D. Babcock, Public Defender, and Thomas J. Crabtree, Deputy Public Defender, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, waived appearance for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

The state concedes error. Reversed. *Boyd v. OSP,* 29 Or App 71, 562 P2d 567 (1977).